UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert J. Downs, III,

Plaintiff,

v.

Excel Inc.,

Defendant.

Case No. 3:26-cv-1269

ORDER

Defendant filed a Rule 12 motion to dismiss on August 14, 2026. (Doc. No. 9). On September 9, 2026, Plaintiff filed an opposition brief to the motion to dismiss and motion for leave to file a First Amended Complaint. (Doc. Nos. 11 and 12). To his motion for leave to amend, Plaintiff attached a proposed first amended complaint. (Doc. No. 12-2).

"A party may amend its pleading once as a matter of course no later than ... 21 days after service of a motion under Rule 12(b), (e), or (f)." Fed. R. Civ. P. 15(a)(1)(B). As such, Plaintiff could have filed his First Amended Complaint as a matter of course on or before September 4, 2026. But rather than doing, Plaintiff filed his motion to amend less than a week after this deadline.

Nevertheless, to conserve this court's resources and move this case forward, I grant the motion to amend without further analysis, (Doc. No. 12); direct the Clerk to file Plaintiff's proposed amended complaint as the First Amended Complaint, (Doc. No. 12-2); deny as moot Defendant's motion to dismiss the original Complaint, (Doc. No. 9); and order Defendant to file its response to the First Amended Complaint no later than October 9, 2026.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge